BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8962
    Facsimile: (415) 744-0134
E-mail: timothy.bolin@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**(FRESNO)**

| | |
|---|---|
| FRIETA REED,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:14-cv-00468-GSA<br><br>STIPULATION AND ORDER REMANDING THIS CASE PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING THE CLERK OF COURT TO ENTER JUDGMENT AND CLOSE THE CASE |

    THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and subject to the approval of the Court, to voluntary remand of this case for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g); to order of such remand; and to entry of judgment for Plaintiff. The purpose of the remand is to provide Plaintiff with a new hearing before an administrative law judge (ALJ) and a new decision by same. Engaging in the five-step sequential disability evaluation, the ALJ will consider, *inter alia*, all the evidence of

record, including evidence submitted to the Appeals Council after the hearing, and obtain testimony from a vocational expert at step five.

                                                Respectfully submitted,

Date: *October 17, 2014*               */s/ Kelsey Mackenszie Brown*
                                                 KELSEY MACKENZIE BROWN
                                                 Attorney for Plaintiff

Date: *October 17, 2014*               BENJAMIN B. WAGNER
                                                 United States Attorney
                                                 DONNA L. CALVERT
                                                 Regional Chief Counsel, Region IX
                                                 Social Security Administration

                                                  */s/ Timothy R. Bolin*
                                                 TIMOTHY R. BOLIN
                                                 Special Assistant United States Attorney

## **ORDER**

      Pursuant to the foregoing stipulation, this matter shall be remanded to the Social Security Administration as authorized by sentence four of 45 U.S.C. § 405(g), for further administrative proceedings consistent with the stipulation.  Accordingly, on remand, the administrative law judge ("ALJ") assigned to the matter shall conduct a new hearing and issue a new decision.  In so doing, the ALJ shall consider all evidence of record, including the evidence submitted to the Appeals Council after the prior hearing in the matter.  The ALJ shall also obtain testimony from a Vocational Expert at the new hearing, for purposes of making the requisite step-five determination as part of the disability analysis.

      The Clerk of Court is directed to enter a final judgment in favor of Plaintiff (and against Defendant Carolyn W. Colvin, the Acting Commissioner of Social Security) and to close this case.

IT IS SO ORDERED.

Dated:   **October 23, 2014**               **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE  JUDGE