KELSEY MACKENZIE BROWN, CA #263109
Dellert Baird Law Office, PLLC
PO Box 3757
Silverdale, WA 98383

Phone:  (360) 329-6968
Fax:  (360) 329-6968
Email: Dellert.Law.Office@gmail.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREITA REED,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:14-CV-00468-GSA<br><br><br><br>STIPULATED MOTION FOR<br>ATTORNEYS FEES AND EXPENSES<br>PURSUANT TO 28 U.S.C. § 2412(d);<br>ORDER THEREON<br><br>(Doc. 15) |

The parties agree that Plaintiff is entitled to an award of attorney's fees and expenses to be paid by the Defendant, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

The parties agree that an award of attorney's fees in the amount of $3,500, and expenses in the amount of $66.91, for a total of $3,566.91, shall be awarded to Plaintiff as a settlement amount.

If it is determined that Plaintiff's EAJA fees and expenses are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to **Kelsey Mackenzie Brown**, based upon Plaintiff's assignment of these

Page 1    STIPULATED MOTION FOR ATTORNEY FEES &
         EXPENES; ORDER THEREON - [1:14-CV-00468-GSA]

Dellert Baird Law Offices, PLLC
P.O. Box 3757
Silverdale, WA  98383
Telephone: (360) 329-6968

amounts to Plaintiff's attorney.  The check for costs should be made payable to **Dellert Baird Law Offices, PLLC**.

The parties agree that whether these checks are made payable to Plaintiff, or to Plaintiff's Attorney, they shall be mailed to Plaintiff's attorney at the following address:  **Dellert Baird Law Offices, PLLC, c/o Kelsey M Brown, 2529 Cliffside Ln NW, #H102, Gig Harbor, WA 98335**.

Dated this 4th day of December 2014:    s/ KELSEY MACKENZIE BROWN
Kelsey Mackenzie Brown, CA #263109
Dellert Baird Law Offices, PLLC
2529 Cliffside Ln NW, #H102
Gig Harbor, WA 98335
Telephone:  (360) 329-6968
FAX:  (360) 329-6968
Dellert.Law.Office@gmail.com

Of Attorneys for Plaintiff

Dated this 4th day of December 2014:    s/ KELSEY MACKENZIE BROWN FOR TIMOTHY BOLIN
Via email authorization
Social Security Administration
Office of the General Counsel
160 Spear Street, Suite 800
San Francisco, CA 94105-1545
415-977-8942

Of Attorneys for Defendant

///

///

**ORDER**

Pursuant to the parties' stipulation set forth above, it is hereby ordered that Plaintiff shall be awarded attorney fees in the amount of $3,500.00 and expenses in the amount of $66.91, under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  The attorney fees and expenses hereby awarded shall be paid in accordance with the terms of the parties' stipulation.

IT IS SO ORDERED.

Dated:   **December 11, 2014**                          **/s/ Gary S. Austin**
                                                                        UNITED STATES MAGISTRATE JUDGE

Page 3    STIPULATED MOTION FOR ATTORNEY FEES &
         EXPENES; ORDER THEREON - [1:14-CV-00468-GSA]

Dellert Baird Law Offices, PLLC
P.O. Box 3757
Silverdale, WA  98383
Telephone: (360) 329-6968